

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 15, 2021

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    <u>United States v. Jason Brandt</u>, 21 mj 6830

Dear Judge McCarthy:

    Defendant Jason Brandt was brought before the Court this afternoon for his initial appearance on the above-referenced Complaint, which charges him with narcotics conspiracy, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A). Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Complaint and arrest warrant.

    Thank you for your consideration.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By: _____
    Jeffrey C. Coffman
    Assistant United States Attorney
    (914) 993-1940

SO ORDERED:

_____
HON. JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York