UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                               Plaintiff,                **MEDICAL ORDER**

-against-                                         21 MAG 6830

JASON BRANDT,

                              Defendant.
-------------------------------------------------------------x

**TO THE WARDENS OF THE WESTCHESTER COUNTY JAIL, OR ANY OTHER DETENTION FACILITY:**

The above-named defendant has been remanded to the custody of the U.S. Marshals following an appearance before this Court. During the proceeding, defense counsel informed the Court that the defendant needs reading glasses.

The Court directs the Correctional Facility to provide the defendant with the necessary eyewear.

Dated: July 15, 2021
       White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge